# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

*MAURICE BLADES*
_____
Name under which you were convicted

*148938*
_____
Your prison number

vs. *CARTER DAVENPORT*

*VINCENT NORMAN*
_____
Name of Defendant(s)

CIVIL ACTION NO. *16-CV-275-CB-N*
(To be supplied by Clerk of Court)

*CHRIS QUARLES*
*CHRISTOPHER EARL*
*LT. STEDHAM*

*3708 HOLMAN UNIT, ATMORE, AL 36803*
_____
Place of Confinement and Address

FILED JUN 10 '16 PM 1:18 USDCALS

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>.  You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you; no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>.  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>.  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action.  A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished.  The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed  without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

      If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

      If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

      Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
     Yes ( )     No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
     Yes ( )     No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    2. Court (if federal court, name the district; if state court, name the county): _____
_____

    3. Docket Number: _____

    4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )  No ( )

    5. Name of judge to whom the case was assigned: _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

    7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: *Holman Prison*

B. Date it occurred: *2-6-16*

C. Is there a prisoner grievance procedure in this institution? *Yes*

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)      No ( )

E. If your answer is YES:

   1. What steps did you take? *Wrote I.O.I / Per Carter Davenport*

   2. What was the result? *"No Reply"*

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim:  what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

_____

_____

~ *See Attached* ~

_____

_____

_____

_____

ATT.

# STATEMENT
## OF FACTS ~

ON 2-6-15 AFTER A MINOR ALTERCATION BETWEEN ME AND ANOTHER INMATE WAS BROKEN UP, SGT. C. EARL TOLD OFFICER C. QUARLES TO ESCORT ME TO THE INFERMARY FOR A BODY CHART, AND CERTAIN AGREEMENTS TO BE SIGNED; SPECIFICALLY, THAT ME AND THE OTHER INMATE WOULD NOT BE LOCKED UP FOR FIGHTING! OFFICER V. NORMAN WAS ONE OF THE ESCORTS AS WELL! PLEASE LET IT BE DULY NOTED THAT OFFICER NORMAN AND I HAVE HAD A LONG-STANDING BEEF WHERE HE'S THREATENED ME WITH BODILY HARM ON MORE THAN ONE OCCASSION. AS WE PROCEEDED TO THE INFERMARY, AND THROUGH THE 35 GATE, NORMAN TOLD QUARLES TO HANDCUFF ME. AS QUARLES PUT ONE HANDCUFF ON MY RIGHT WRIST, AND I ATTEMPTED TO LET HIM HANDCUFF ME TO THE FRONT, WHICH IS PROCEDURE, WHEN ENTERING THE INFERMARY COMING FROM THE GENERAL POPULATION, NORMAN SCREAMED "HANDS BEHIND YOUR BACK MUTHAFUCKA[!]"! WHEN I QUESTIONED HIM, NORMAN TOLD ME TO "SHUT THE FUCK UP BEITCH," AND WHEN I RESPONDED IN KIND, HE WENT INTO A RAGE! NORMAN RADIOED FOR THE CUBICLE OFFICER TO CLOSE THE GATE, AND AS HE TURNED BACK TO FACE ME, I NOTICED THE SMALL, BLACK POCKETKNIFE THAT NORMAN HAD IN HIS HAND COMING AT ME! OFFICER QUARLES WAS STILL HOLDING THE HANDCUFF THAT HE HAD PLACED ON MY RIGHT WRIST, AND SO I USED MY LEFT HAND TO DEFLECT NORMAN'S BLOW, WHERE HE CUT ME ON THE LEFT SIDE OF MY NECK! HIS ATTACK WAS SO EXCESSIVE & BRUTAL THAT OFFICER QUARLES HAD TO RELEASE THE HANDCUFF THAT HE WAS HOLDING, AND AT WHICH POINT, NORMAN PICKED ME UP IN THE AIR, SLAMMED ME FACE-FIRST TO THE FLOOR, AND PROCEEDED TO

ATT.

STRUCK ME IN THE BACK OF MY HEAD, AND NECK AREA! SUBSEQUENTLY, A CODE WAS CALLED, AND THE OFFICERS THAT RESPONDED HAD TO PHYSICALLY RESTRAIN NORMAN AWAY FROM ME! I WAS TAKEN TO THE INFIRMARY, WHERE A BODY CHART WAS PERFORMED, AND MY INJURIES NOTED; SPECIFICALLY, THE CUT ON MY NECK, A BLACK EYE, AND MULTIPLE BRUISES AND ABRASIONS! WHEN THE NURSE INQUIRED ABOUT THE CUT ON MY NECK, UPON HEARING ME TELL HER THAT IT WAS CAUSED BY OFFICER NORMAN, SGT. EARL IMMEDIATELY CALLED LT. STEDHAM ON THE RADIO, REQUESTING THAT HE COME TO THE INFIRMARY. UPON QUESTIONING ME, LT. STEDHAM ORDERED SGT. EARL TO "GET THE CAMERA", WHEREAS SGT. EARL TOOK PICTURES OF MY INJURIES! CLEARLY, OFFICER NORMAN ABUSED HIS AUTHORITY, UNDER THE COLOR OF LAW, WHICH RESULTED IN THE PHYSICAL ASSAULT, EXCESSIVE USE OF FORCE, AND SUBSEQUENTLY DELIBERATE INDIFFERENCE!

I SWEAR UNDER PENALTY OF PERJURY THAT THE FACTS SET OUT IN THIS COMPLAINT ARE TRUE AND CORRECT.

Maurice Blake

III. PARTIES.

A. Plaintiff (Your name/AIS): _MAURICE GLADYS#148908_

    Your present address: _3700 Holman unit_
_ATMORE, AL. 36883_

B. Defendant(s):

1. Defendant (full name) _CARTER DAVENPORT_ is employed as _WARDEN_ at _HOLMAN_ .

    His/her present address is _unKnown_ .

    (a) Claim against this defendant: _EXCESSIVE USE OF FORCE_
_DELIBERATE INDIFFERENCE / 8th - 14th AMEND._

    (b) Supporting facts (Include date/location of incident):
_SEE ATTACHED_

2. Defendant (full name) _VINCENT NORMAN_ is employed as _C.O.I_
at _HOLMAN PRISON_ .

    His/her present address is _unKnown_

    (a) Claim against this defendant: _EXCESSIVE USE OF FORCE_
_DELIBERATE INDIFFERENCE / 8th / 14th AMEND._

    (b) Supporting facts (Include date/location of incident):
_SEE ATTACHED_

3. Defendant (full name) _CHRIS QUARLES_ is employed as _COI_
at _HOLMAN_ .

5

His/her present address is _UNKNOWN_

(a) Claim against this defendant: EXCESSIVE USE OF FORCE
DELIBERATE INDIFFERENCE 8TH/14TH AMEND.
(FAILURE TO PROTECT)

(b) Supporting facts  (Include date/location of incident):

SEE ATTACHED

C. Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: RAPE

2. When were you convicted? _1990_

3. What is the term of your sentence? LIFE

4. When did you start serving this sentence? _1990_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )      No (✓)

If so, complete the following:

(a) Date of conviction: _____ N/A

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

6

DEFENDANTS (CONT.)

4). FULL NAME; LT. STEDHAM IS EMPLOYED AS
LIEUTENANT AT HOLMAN PRISON.
HIS PRESENT ADDRESS IS UNKNOWN.
(A) CLAIM AGAINST THIS DEFENDANT;
EXCESSIVE USE OF FORCE/DELIBERATE
INDIFFERENCE UNDER 8th/14th AMENDMENTS.
(B) SUPPORTING FACTS; SEE ATTACHMENT

5). FULL NAME; CHRISTOPHER EARL IS
EMPLOYED AS SERGEANT AT HOLMAN PRISON.
HIS PRESENT ADDRESS IS UNKNOWN.
(A) CLAIM AGAINST DEFENDANT; EXCESSIVE
USE OF FORCE/DELIBERATE INDIFFERENCE
UNDER 8th/14th AMENDMENTS
(B) SUPPORTING FACTS; SEE ATTACHMENT

Invalidated        yes( ) no(✓)        yes( ) no(✓)
Writ of habeas  yes( ) no(✓)        yes( ) no(✓)
    corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ N/A _____

V.  State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_____ $108.000 INDIVIDUAL AND OFFICIAL CAPACITY _____

VI.  <u>AFFIRMATION.</u>  By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_5-25-16_
Date

_Maurice A Cody_
(Signature of Plaintiff Under Penalty of Perjury)

_3700 Holman Unit/C25_
Current Mailing Address

_Atmore, AL 36503_

_N/A_
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

7

MR. MAURICE BRADY #A0838
3780 Holman Unit / L-25
ATMORE, AL. 36583

MOBILE AL 366

09 JUN 2016 PM 2 L

COURT CLERK
113 ST. JOSEPH STREET
MOBILE, AL. 36602

**LEGAL MAIL ONLY**

36602-360699