## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MAURICE GLADYS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 16-0275-CG-N** |
| | : | |
| **VINCENT NORMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that summary judgment is **GRANTED in part** with respect to Plaintiff's retaliation claim, and said claim is hereby **DISMISSED with prejudice**.   It is further **ORDERED** that summary judgment is **DENIED in part** as to Plaintiff's excessive force claim, and that an evidentiary hearing be scheduled to address said claim.

This matter is referred to the Magistrate Judge to conduct the evidentiary hearing on the excessive force claim.

**DONE and ORDERED** this 23rd day of February, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE
